UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE DIAMOND HOSPITALITY LLC,<br><br>    Defendant. | Case No.  5:21-cv-06234-EJD<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 23 |

Before the Court is Defendant Blue Diamond Hospitality LLC's ("Blue Diamond") motion to dismiss Plaintiff Fernando Gastelum's complaint under Federal Rule of Civil Procedure 12(b)(1). Dkt. No. 23. Pursuant to Civil Local Rule 7-3(a), Gastelum's response to that motion is due on February 8, 2022. On February 4, 2022, in lieu of filing an opposition to Blue Diamond's motion and before Blue Diamond filed a responsive pleading to the original complaint, Gastelum filed an amended complaint. Dkt. No. 27.

A plaintiff may amend its pleading once as a matter of course within 21 days of service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a).[1] An amended pleading generally supersedes an original pleading. *Hal Roach Studios, Inc. v. Richard Feiner and Co., Inc.*, 896 F.3d 1542, 1546 (9th Cir. 1989).

Accordingly, the Court DENIES Blue Diamond's motion to dismiss as moot. Should Blue

---

[1] A Rule 12 motion is not a "responsive pleading." *See CRST Van Expedited, Inc. v. Werner Enters., Inc.*, 479 F.3d 1099, 1104 n.3 (9th Cir. 2007).

Case No.: 5:21-cv-06234-EJD
ORDER DENYING MOT. TO DISMISS AS MOOT
1

1  Diamond wish to file a new motion challenging the amended complaint, it may retain its currently
2  reserved hearing date of June 30, 2022.
3  **IT IS SO ORDERED.**
4  Dated: February 4, 2022

_____
EDWARD J. DAVILA
United States District Judge

28  Case No.: 5:21-cv-06234-EJD
ORDER DENYING MOT. TO DISMISS AS MOOT

2